[No. 41619-1-II. Division Two. April 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STACIA NOEL STROOP, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00277-4, Roger A. Bennett, J., entered December 10, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 41649-2-II. Division Two. April 3, 2012.]

MARGARITO BRAMBILA LOPEZ, *Respondent*, v. WASTE CONNECTIONS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-12350-6, Rosanne Buckner, J., entered December 10, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 41896-7-II. Division Two. April 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN RONNIE BRANHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00811-3, Gary R. Tabor, J., entered February 16, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 41922-0-II. Division Two. April 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC LAMONT SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03645-0, John A. McCarthy, J., entered March 18, 2011. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.